NO.  07-01-0291-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL E

DECEMBER 10, 2002

______________________________

AIR LIQUIDE AMERICA CORPORATION, APPELLANT

V.

COASTAL REFINING AND MARKETING, INC., APPELLEE

_________________________________

FROM THE 152ND DISTRICT COURT OF HARRIS COUNTY;

NO. 1999-10944; HONORABLE HARVEY BROWN, JUDGE

_______________________________

Before QUINN and REAVIS, JJ.  and BOYD, SJ.
(footnote: -6)

In this proceeding, appellant Air Liquide America Corporation appealed a judgment in favor of appellee Coastal Refining and Marketing, Inc.  Appellee filed a cross-appeal.

However, the parties have now filed a motion in which they certify that they have settled and compromised all claims and controversies between them and neither of them desire to pursue their appeal.  The motion is in proper form and is filed before this court has rendered any opinion in the case.

Accordingly, the parties’ motion is granted and the appeal is dismissed.  Tex. R. App. P. 42.1(a).  Having dismissed the appeal at appellant’s request, no motion for rehearing will be entertained and our mandate will issue forthwith.

John T. Boyd

Senior Justice

Do not publish.

FOOTNOTES
-6:
John T.  Boyd, Chief Justice (Ret.), Seventh Court of Appeals, sitting by assignment.